```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

William Trainor

    v.                                                              Case No. 20-cv-981-PB

Salisbury, MA, Town of

### ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 27, 2020, and dismiss plaintiff's complaint (Doc. No. 1), and dismiss Doc. Nos. 3 and 5 as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                              /s/Paul Barbadoro_____
                                                              Paul Barbadoro
                                                              United States District Judge

Date: January 5, 2021

cc: William Trainor, pro se